# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>TAISEI CONSTRUCTION CORPORATION,<br><br>    Defendant. | Case No. CV 16-9169 FMO (PJWx)<br><br>**JUDGMENT** |

Pursuant to the Order Re: Cross-Motions for Summary Judgment, **IT IS ADJUDGED** that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 30th day of September, 2022.

/s/
Fernando M. Olguin
United States District Judge